**RONALD J. SHINGLER, ESQ. (C.S.B. #142089)**
Email: ronshingler@shinglerlaw.com
**RICHARD A. BRODY, ESQ. (C.S.B. #100379)**
Email: rickbrody@shinglerlaw.com
**SHINGLER LAW**
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94597
Telephone:  (925) 757-7020
Facsimile:  (925) 757-3260

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| EDWARD ALLEN LANDAKER,<br><br>Plaintiff,<br><br>vs.<br><br>A. W. CHESTERTON COMPANY, *et al.*<br><br>Defendants. | Case No.: 2:19-CV-00987-KJM-EFB<br><br>**JOINT STIPULATION PERTAINING TO THE DEPOSITION OF EDWARD LANDAKER AND ORDER** |

**ALL PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

### I.  **Deposition of Edward Landaker**

The deposition of Edward Landaker shall commence on Wednesday, September 18, 2019 at the home of his daughter, Cindy Landaker, which is located at 2115 Harry Lorenzo Ave., Woodland, California 95776.[1]

Plaintiff Direct Testimony: Wednesday, September 18, 2019   10:00 a.m. - 2:00 p.m.[2]

Defendant Discovery:   Thursday, September 19, 2019   10:00 a.m. - 5:00 p.m.[3]

---

[1] Cindy Landaker's home is a 15-minute drive from the Sacramento Airport.
[2] Plaintiff shall serve notice of the direct testimony deposition by email.
[3] Defendants shall serve notice of the discovery deposition by email.

**JOINT STIPULATION PERTAINING TO THE DEPOSITION OF EDWARD LANDAKER AND ORDER**
-1-

Defendant Discovery:   Friday, September 20, 2019   10:00 a.m. - 5:00 p.m.

The defendants shall have twenty (20) hours to complete their examination of Plaintiff.[4]  Counsel for Plaintiff shall meet & confer with counsel in good faith if defendants need additional time.

## II.   Document Production

On or before Friday, August 23, 2019 Plaintiff shall produce and serve all discoverable documents pertaining to Plaintiff's deposition.  An index of these documents is attached hereto as Appendix A.

## III.   Written Discovery Responses

On or before Friday, September 13, 2019, Plaintiff shall serve verified responses to the following interrogatories.[5]

**Interrogatory No. One:**

State all facts which support your contention that Plaintiff was exposed to asbestos from asbestos-containing products which DEFENDANT mined, milled, manufactured, marketed, supplied, or otherwise placed into the stream of commerce.

**Interrogatory No. Two:**

IDENTIFY all witnesses who can who provide evidence which supports your contention that Plaintiff was exposed to asbestos from asbestos-containing products which DEFENDANT mined, milled, manufactured, marketed, supplied, or otherwise placed into the stream of commerce.

---

[4] FRCP 30(d)(1) places a seven-hour limit on depositions regardless of which party is asking the questions. The stipulation allows the defendants twenty hours to complete their questioning.  By the time the deposition commences there will be fewer than ten defendants remaining in this case.

[5] In May, Plaintiff served exhaustive, verified responses to the Solano County General Order Interrogatories & Request for Production of Documents.  These provide counsel with an excellent overview of Plaintiff's medical and exposure history.  The three interrogatory responses which Plaintiff shall serve will be defendant specific.

**JOINT STIPULATION PERTAINING TO THE DEPOSITION OF EDWARD LANDAKER AND ORDER**
**-2-**

"IDENTIFY" refers to the person's name, address, and phone number.

**Interrogatory No Three:**

Identify – and produce – all documents which support your contention that Plaintiff was exposed to asbestos from asbestos-containing products which DEFENDANT mined, milled, manufactured, marketed, supplied, or otherwise placed into the stream of commerce.

*IT IS SO STIPULATED.*

DATED: August 22, 2019         SHINGLER LAW

                               By:      /s/ Ronald J. Shingler
                                   Ronald J. Shingler
                                   Richard A. Brody
                                   Attorneys for Plaintiff
                                   Sherrie Houston, individually and as successor-in-interest to the Estate of George Houston

DATED: August 22, 2019         IMAI, TADLOCK, KEENEY & CORDERY

                               By:      /s/ Michael J. Boland
                                   Theodore T. Cordery
                                   Michael J. Boland
                                   Attorneys for Defendant
                                   Allied Fluid Products Corp. fka Allied Packing & Supply, Inc.

DATED: August 22, 2019         HOWARD ROME MARTIN & RIDLEY LLP

                               By:      /s/ Jane B. Yee
                                   Shawn M. Ridley
                                   Jane B. Yee
                                   Attorneys for Defendant
                                   Eaton Corporation, individually and as successor-in-interest to Cutler-Hammer, Inc.

DATED: August 26, 2019                HUGO PARKER, LLP

                                      By:      /s/ Charles S. Park
                                          Charles S. Park
                                          Christina M. Glezakos
                                          Attorneys for Defendant
                                          Foster Wheeler, LLC


DATED: August 26, 2019                WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP


                                      By:      /s/ Nicolas P. Martin
                                          William M. Hake
                                          Nicolas P. Martin
                                          Attorneys for Defendant
                                          Honeywell International, Inc., individually, and as successor in interest to Honeywell Control Valves and Belfield Control Valves


DATED: August 19, 2019                LEADER BERKON COLAO & SILVERSTEIN LLP


                                      By:      /s/ Bobbie R. Bailey
                                          Bobbie R. Bailey
                                          Emily K. Doty
                                          Attorneys for Defendant
                                          IMO Industries Inc.


DATED: August 22, 2019                SELMAN BREITMAN LLP


                                      By:      /s/ Paul J. Gamba
                                          Richard D. Dumont
                                          Paul J. Gamba
                                          Attorneys for Defendant
                                          Lamons Gasket Company

---

**JOINT STIPULATION PERTAINING TO THE DEPOSITION OF EDWARD LANDAKER AND ORDER**
**-4-**

| | | |
|---|---|---|
| DATED: August 22, 2019 | | BASSI, EDLIN, HUIE & BLUM LLP |

By:  /s/ Joseph B. Adams
 Marte J. Bassi
 Joseph B. Adams
 Attorneys for Defendant
 Parker-Hannifin Corporation, individually and as successor-in-interest to Sacomo Manufacturing & Sacomo Sierra

DATED: August 20, 2019        FOLEY & MANSFIELD, PLLP

By:  /s/ Lori A. Cataldo
 Lori A. Cataldo
 Attorneys for Defendant
 Plastics Engineering Company

DATED: August 23, 2019        MANNING GROSS + MASSENBURG LLP

By:  /s/ Thomas J. Tarkoff
 Jennifer A. Cormier
 Thomas J. Tarkoff
 Attorneys for Defendant
 The Goodyear Tire & Rubber Company

DATED: August 26, 2019        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Florence A. McClain
 Florence A. McClain
 Gina A. Haran
 Attorneys for Defendant
 Union Carbide Corporation

***IT IS SO ORDERED.***

DATED: September 3, 2019.

_____
UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION PERTAINING TO THE DEPOSITION OF EDWARD LANDAKER AND ORDER**
**-5-**