1  **RONALD J. SHINGLER, ESQ. (C.S.B. #142089)**
   Email: ronshingler@shinglerlaw.com
2  **RICHARD A. BRODY, ESQ. (C.S.B. #100379)**
   Email: rickbrody@shinglerlaw.com
3  **SHINGLER LAW**
4  1255 Treat Blvd., Suite 300
   Walnut Creek, CA 94597
5  Telephone:  (925) 757-7020
   Facsimile:   (925) 757-3260
6
7  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| EDWARD ALLEN LANDAKER,<br><br>Plaintiff,<br><br>vs.<br><br>A. W. CHESTERTON COMPANY, *et al.*<br><br>Defendants. | Case No.: 2:19-CV-00987-KJM-EFB<br><br>**STIPULATION AND ORDER RE: ELECTRONIC SERVICE**<br><br><br>Hon.:   Hon. Kimberly J. Mueller |

The parties in this matter stipulate to an Order providing for electronic service of certain pleadings and other documents in this case based on the determination that establishing a uniform manner of electronic service will reduce delay, expense and inconvenience to the parties, assist in trial preparation and further the administration of justice. All parties consent to service by electronic transmission as follows:

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**:

1. All parties agree to utilize File&ServeXpress as their electronic service vendor for service of pleadings and other documents, including discovery, which are not allowed and/or required to be filed and served through the Court's Electronic Case Filing system ("ECF"). Electronic service by email in this case is not allowed under this Order unless further agreed between the parties.

///

2. When a party to this litigation wishes to serve a document to counsel of record using File&ServeXpress, that party shall effectuate service of the document by the procedure set forth below (subject to the exceptions outlined herein):

## I. FILE & SERVEXPRESS

1. Pursuant to FRCP Rule 5(b)(2)(E), in order to facilitate case management, document retrieval and case organization, the parties will utilize the services of File&ServeXpress and its litigation system for providing electronic service, storage and delivery of documents, including discovery-related documents, through a secure website to facilitate expeditious, efficient and economical communication by and amongst counsel.

## II. SERVICE ONLY

1. File&ServeXpress shall apply only to the service of documents, and not to their filing. Documents must still be filed with the court in the manner set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court.

2. Pursuant to FRCP Rule 5(b)(2)(E), electronic service in this case through File&ServeXpress is complete upon transmission, but is not effective if the serving party learns that it did not reach the person to be served.

## III. SERVICE LIST & SIGN-UP

1. Within five (5) days of this stipulation, plaintiff's or liaison counsel to File&ServeXpress shall submit via email to the File&ServeXpress representative listed in Exhibit A, a complete and current service list of counsel of record for this litigation. Within five (5) days of this stipulation, each attorney of record for this litigation, or within five (5) days of the entry of appearance for a new attorney of record, shall register for electronic service in this litigation by completing the registration located at the following website: http://www.fileandservexpress.com/signup and shall notify plaintiff's counsel that they will need to be added to the service list. This does not replace counsel's obligations regarding ECF as set forth in this Court's Local Rules.

2. Plaintiff's Counsel shall be liaison counsel to File&ServeXpress for all service list changes. The service list will identify counsel of record for each firm, along with parties they

-2-
STIPULATION AND ORDER RE: ELECTRONIC SERVICE

represent, who are to receive service of documents in the case utilizing File&ServeXpress. Once a firm is registered on File&ServeXpress, each firm will be provided functionality on File&ServeXpress to designate a firm administrator to control the addition and deletion of registered users on File&ServeXpress for their firm.

**IV.	SERVICE OF DOCUMENTS AND WEBSITE**

   **A.	Establishment and Use of the File&ServeXpress Website Generally**

1. When any counsel of record wishes to serve a document via File&ServeXpress, that counsel shall serve the document according to all the requirements and procedures of this Order. All references to "document" in this Order shall be interpreted to include any exhibits or attachments to the document and shall include both pleadings and discovery-related documents (such as interrogatories, requests for production, deposition notices/transcripts, etc.); provided, however, that each attorney shall determine individually whether to utilize File&ServeXpress to serve correspondence and/or the actual production of discovery documents in response to another party's request for production.

2. File&ServeXpress will maintain the internet website ("File&ServeXpress") for this litigation. When a transaction is submitted on File&ServeXpress, File&ServeXpress will electronically serve each document on the parties included on the service list provided to File&ServeXpress in accordance with the procedures herein.

3. Each attorney shall serve each document via electronic transfer of the document through File&ServeXpress via the Internet (either as a word-processing file or a scanned image of the document). Each attorney shall title each document to identify the type and purpose of
   each document and the party who is submitting such document. Each document electronically served pursuant to this Order shall be deemed to have been served under FRCP Rule 5(b)(2)(E). After an attorney uploads a document onto File&ServeXpress, the document will be converted into Adobe Portable Document Format ("PDF") automatically by File&ServeXpress. The original format of the document will also be available to users.

4. All documents posted on File&ServeXpress will be identified by: (a) the name of the serving law firm; (b) the caption(s) of the case(s) to which the document belongs; (c) the title

of the document set forth on its caption; and (d) the identity of the party on whose behalf the document is being served.

5. Access to File&ServeXpress will be limited to registered users. Registered users will consist of counsel of record, their designated staff members and authorized Court personnel, if any. Upon registration, File&ServeXpress will provide each registered user with a user name and password to access File&ServeXpress and the documents served in the litigation.

6. Every pleading, document and instrument served electronically shall bear a facsimile or typographical signature of at least one of the attorneys of record, along with the typed name, address, telephone number and Bar of California number of such attorney. Typographical signatures shall be treated exactly as personal signatures for purposes of electronically served documents under FRCP Rule 5(b)(2)(E). The serving party of any document requiring multiple signatures may list thereon all the names of other signatories by means of an "/s/____" block for each. By submitting such a document, the serving party certifies that each of the other signatories has expressly agreed to the form and substance of the document and that the serving party has the actual authority to submit the document electronically. The serving party must maintain any records evidencing this concurrence for subsequent production to the Court if so ordered or for inspection upon request by a party.

7. Any document transmitted to File&ServeXpress shall certify in the Proof or Affidavit of Service that a true and correct copy was electronically served on counsel of record by transmission through File&ServeXpress, the date and time to be used on the Proof of Service will be the date and time reflected on the Transaction Receipt provided after submitting a transaction on File&ServeXpress.

8. File&ServeXpress will make available to counsel of record and the Court a 24-hour 365 days Client Support hotline at (888) 529-7587 and website http://www.fileandservexpress.com/support . In addition, each attorney is instructed to review Exhibit A attached to this stipulation which sets forth the procedure for registration with and service through File&ServeXpress. Attached hereto as Exhibit A is File & ServeXpress' Welcome kit.

**IT IS SO STIPULATED.**

DATED: September 23, 2019        SHINGLER LAW

                                 By: _____/s/ Ronald J. Shingler_____
                                     Ronald J. Shingler
                                     Richard A. Brody
                                     Attorneys for Plaintiff
                                     Edward Allen Landaker

DATED: September 23, 2019        IMAI, TADLOCK, KEENEY & CORDERY

                                 By: _____/s/ Michael J. Boland_____
                                     Theodore T. Cordery
                                     Michael J. Boland
                                     Attorneys for Defendant
                                     Allied Fluid Products Corp. fka Allied Packing & Supply, Inc.

DATED: September 27, 2019        HOWARD ROME MARTIN & RIDLEY LLP

                                 By: _____/s/ Jane B. Yee_____
                                     Shawn M. Ridley
                                     Jane B. Yee
                                     Attorneys for Defendant
                                     Eaton Corporation, individually and as successor-in-interest to Cutler-Hammer, Inc.

DATED: September 27, 2019        HUGO PARKER, LLP

                                 By: _____/s/ Charles S. Park_____
                                     Charles S. Park
                                     Christina M. Glezakos
                                     Attorneys for Defendant
                                     Foster Wheeler, LLC

| | | |
|---|---|---|
| DATED: September 27, 2019 | | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |

By:    /s/ Nicolas P. Martin
William M. Hake
Nicolas P. Martin
Attorneys for Defendant
Honeywell International, Inc., individually, and as successor in interest to Honeywell Control Valves and Belfield Control Valves

DATED: September 27, 2019    LEADER BERKON COLAO & SILVERSTEIN LLP

By:    /s/ Bobbie R. Bailey
Bobbie R. Bailey
Emily K. Doty
Attorneys for Defendant
IMO Industries Inc.

DATED: September 27, 2019    SELMAN BREITMAN LLP

By:    /s/ Paul J. Gamba
Richard D. Dumont
Paul J. Gamba
Attorneys for Defendant
Lamons Gasket Company

DATED: September 23, 2019    BASSI, EDLIN, HUIE & BLUM LLP

By:    /s/ Joseph B. Adams
Marte J. Bassi
Joseph B. Adams
John E. Rosenthal
Attorneys for Defendant
Parker-Hannifin Corporation, individually and as successor-in-interest to Sacomo Manufacturing & Sacomo Sierra

| | | |
|---|---|---|
| DATED: September 27, 2019 | | FOLEY & MANSFIELD, PLLP |

By:     /s/ Lori A. Cataldo
       Lori A. Cataldo
       Attorneys for Defendant
       Plastics Engineering Company

DATED: September 27, 2019    MANNING GROSS + MASSENBURG LLP

By:     /s/ Thomas J. Tarkoff
       Jennifer A. Cormier
       Thomas J. Tarkoff
       Attorneys for Defendant
       The Goodyear Tire & Rubber Company

DATED: September 23, 2019    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ Florence A. McClain
       Florence A. McClain
       Attorneys for Defendant
       Union Carbide Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The parties may utilize File&ServeXpress for electronic service of certain pleadings and other documents in this case.

DATED: October 7, 2019.

                              UNITED STATES DISTRICT JUDGE