**RONALD J. SHINGLER, ESQ. (C.S.B. #142089)**
Email: ronshingler@shinglerlaw.com
**RICHARD A. BRODY, ESQ. (C.S.B. #100379)**
Email: rickbrody@shinglerlaw.com
**SHINGLER LAW**
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94597
Telephone: (925) 757-7020
Facsimile: (925) 757-3260

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| CYNTHIA MARIE LANDAKER CHANEY,<br><br>Plaintiff,<br><br>vs.<br><br>A. W. CHESTERTON COMPANY, *et al.*<br><br>Defendants. | Case No.: 2:19-CV-00987-KJM-EFB<br><br>**JOINT STIPULATION TO CORRECT CAPTION; IDENTIFY CORRECT NAME OF PARTY AND ORDER THEREON** |

**ALL PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

WHEREAS on November 7, 2019, Plaintiff filed Notice of Motion and Stipulated Motion to Substitute Parties based on FRCP Rule 25(a)(1), and on the grounds that Plaintiff EDWARD ALLEN LANDAKER died on October 13, 2019, for an Order substituting CYNTHIA MARIE LANDAKER CHANEY in place of her father, EDWARD ALLEN LANDAKER.

///

///

---
**JOINT STIPULATION TO CORRECT CAPTION; IDENTIFY CORRECT NAME OF PARTY AND ORDER THEREON**
**-1-**

WHEREAS on December 3, 2019, the Court GRANTED the parties' Joint Motion to Substitute Parties. CYNTHIA MARIE LANDAKER CHANEY was substituted as Plaintiff in this action in place of Edward Allen Landaker.

WHEREAS on February 12, 2020, Plaintiff CYNTHIA MARIE LANDAKER CHANEY notified Plaintiff's counsel that she is no longer using the name Chaney and further notified Plaintiff's counsel that she would like to correct the previously used name and to be correctly identified as CYNTHIA LANDAKER.

The parties desire to enter into this stipulation to correct the case caption and to identify Plaintiff's correct name.

IT IS HEREBY STIPULATED by and between the parties that the true and correct name of Plaintiff CYNTHIA MARIE LANDAKER CHANEY is CYNTHIA LANDAKER.

Accordingly, the parties respectfully request that the caption and clerk's docket be corrected to reflect the correct name of Plaintiff to be reflected as duly noted herein above.

**IT IS SO STIPULATED.**

DATED: February 14, 2020    SHINGLER LAW

By:    /s/ Ronald J. Shingler
     Ronald J. Shingler
     Richard A. Brody
     Attorneys for Plaintiff

DATED: February 14, 2020    HOWARD ROME MARTIN & RIDLEY LLP

By:    /s/ Jane B. Yee
     Shawn M. Ridley
     Jane B. Yee
     Attorneys for Defendant
     Eaton Corporation, individually and as
     successor-in-interest to Cutler-Hammer, Inc.

DATED: February 14, 2020    HUGO PARKER, LLP

By:     /s/ Charles S. Park
    Charles S. Park
    Christina M. Glezakos
    Attorneys for Defendant
    Foster Wheeler, LLC

DATED: February 14, 2020    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By:     /s/ Nicolas P. Martin
    William M. Hake
    Nicolas P. Martin
    Attorneys for Defendant
    Honeywell International, Inc., individually, and as successor in interest to Honeywell Control Valves and Belfield Control Valves

DATED: February 14, 2020    LEADER BERKON COLAO & SILVERSTEIN LLP

By:     /s/ Bobbie R. Bailey
    Bobbie R. Bailey
    Emily K. Doty
    Attorneys for Defendant
    IMO Industries Inc.

DATED: February 14, 2020    FOLEY & MANSFIELD, PLLP

By:     /s/ Lori A. Cataldo
    Lori A. Cataldo
    Attorneys for Defendant
    Plastics Engineering Company

| | |
|---|---|
| DATED: February 14, 2020 | MANNING GROSS + MASSENBURG LLP |
| | By: /s/ Thomas J. Tarkoff |
| | Jennifer A. Cormier |
| | Thomas J. Tarkoff |
| | Attorneys for Defendant |
| | The Goodyear Tire & Rubber Company |
| DATED: February 14, 2020 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: /s/ Florence A. McClain |
| | Florence A. McClain |
| | Gina A. Haran |
| | Attorneys for Defendant |
| | Union Carbide Corporation |

# ORDER

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the docket be corrected to reflect that the correct name of Plaintiff CYNTHIA MARIE LANDAKER CHANEY is CYNTHIA LANDAKER. The Court Directs the Clerk of the Court to correct the docket to reflect Plaintiff's correct name.

**IT IS SO ORDERED.**

DATED: February 26, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that:

I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to the within action. My business address is, SHINGLER LAW, 1255 Treat Blvd., Suite 300, Walnut Creek, CA 94597. My electronic mail address is rahulmadahar@shinglerlaw.com.

On the date executed below, I filed and/or served the following document(s) regarding *Edward Allen Landaker v. A.W. Chesterton Corporation., et al.*, USDC Eastern District of California Case No.: 2:19-CV-00987-KJM-EFB

**JOINT STIPULATION TO CORRECT CAPTION; IDENTIFY CORRECT NAME OF PARTY AND ORDER THEREON**

by transmitting a true copy to the below listed via the following methods:

*TO ALL KNOWN COUNSEL OF RECORD*

(✓) **[BY COURT'S CM/ECF SYSTEM]** Pursuant to Local Rule, I electronically filed the above document(s) with Clerk of the Court by using the CM/ECF systems. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Electronic service through the CM/ECF System automatically generates Notice of Electronic Filing ("NEF") and is sent by e-mail to all CM/ECF Users who have appeared in the case in this Court. Service with NEF will constitute service pursuant to Federal Rules of Civil Procedure.

(   ) **[BY FIRST CLASS MAIL]** I am readily familiar with this office's business practice for collection and processing of correspondence for mailing with the United States Postal Service. This document, which is in an envelope addressed as stated above, will be sealed with postage fully prepaid and will be deposited with the United States Postal Service this date in the ordinary course of business.

(✓) **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California. Executed on February 20, 2020 at Walnut Creek, California.

/s/ Rahul Madahar
RAHUL MADAHAR

---

**JOINT STIPULATION TO CORRECT CAPTION; IDENTIFY CORRECT NAME OF PARTY AND ORDER THEREON**
**-6-**