**SHAWN M. RIDLEY, ESQ.  SBN 144311**
**JANE B. YEE, ESQ.  SBN 118880**
**RHONDA L. WOO, ESQ. SBN 168374**
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:  (650) 365-7715
sridley@hrmrlaw.com
jyee@hrmrlaw.com

Attorneys for Defendant
**EATON CORPORATION, INDIVIDUALLY AND AS SII TO**
**CUTLER-HAMMER INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| CYNTHIA LANDAKER, individually and as Trustee of the EDWARD & VILMA LANDAKER FAMILY TRUST; JOSEPH LANDAKER; RONALD LANDAKER; STEVEN LANDAKER; ALEXIS LANDAKER; NICHOLAS LANDAKER; and ZACHERY LANDAKER, | Case No:  2:19-CV-00987-KJM-EFB |
| | **STIPULATON AND ORDER TO CONTINUE HEARING DATE ON DEFENDANT EATON CORPORATION, INDIVIDUALLY AND AS SII TO CUTLER-HAMMER, INC.'S MOTION FOR SUMMARY JUDGMENT AND IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION** |
| Plaintiffs, | |
| vs. | Judge:     Hon. Kimberly J. Mueller |
| EATON CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CUTLER-HAMMER, INC., et al. | Courtroom:  3
FAC Filed:  April 15, 2020
Trial Date:  November 30, 2020 |
| Defendants. | |

## STIPULATION

Comes now Plaintiffs CYNTHIA LANDAKER, individually and as Trustee of the

EDWARD & VILMA LANDAKER FAMILY TURS, JOSEPH LANDAKER, RONALD

LANDAKER, STEVEN LANDAKER, ALEXIS LANDAKER, NICHOLAS LANDAKER, and

1

---

HOWARD ROME MARTIN & RIDLEY LLP
1900 O' FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE (650) 365-7715

ZACHARY LANDAKER ("Plaintiffs") and Defendant EATON CORPORATION, individually

and as Successor-in-Interest to Cutler-Hammer, Inc. ("Eaton") in this matter, by and through their

counsel of record and request that the hearing on Eaton's Motion for Summary Judgment and, in

the Alternative, Motion for Summary Adjudication be continued to September 25, 2020 at 10:00

am.

WHEREAS the court ordered that all dispositive motions shall be heard no later than

August 28, 2020 pursuant to the court's Status (Pretrial Scheduling) Order, Document 77;

WHEREAS the court has no availability to hear law and motion on August 28, 2020;

WHEREAS the undersigned parties have agreed to continue the hearing date of Eaton's

Motion for Summary Judgment and, in the Alternative, Motion for Summary Adjudication to

September 25, 2020 at 10:00 am;

WHEREAS continuing the hearing date of Eaton's Motion for Summary Judgment and, in

the Alternative, Motion for Summary Adjudication to September 25, 2020 at 10:00 am will not

interfere with the current Final Pretrial Conference set for October 16, 2020 and current trial date

of November 30, 2020;

IT IS HEREBY STIPULATED by the undersigned that Eaton's Motion for Summary

///
///
///
///
///
///
///
///
///

HOWARD ROME MARTIN & RIDLEY LLP
1900 O' FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

2

1   Judgment and, in the Alternative, Motion for Summary Adjudication be continued to September

2   25, 2020 at 10:00 am.

3          IT IS SO STIPULATED.

4   DATED: July 17, 2020                        SHINGLER LAW

5

6                                      By: _____

                                           RONALD J. SHINGLER SBN 142089
7                                          RICHARD A. BRODY SBN 100379
                                           SHINGLER LAW
8                                          1255 Treat Blvd., Suite 300
                                           Walnut Creek, CA  94597
9                                          Telephone: (925) 757-7020

10                                         Attorneys for Plaintiffs

11  DATED: July 17, 2020                        HOWARD ROME MARTIN & RIDLEY LLP

12

13

14
                                       By: _____
15                                         SHAWN M. RIDLEY  SBN 144311
                                           JANE B. YEE  SBN 118880
16                                         HOWARD ROME MARTIN & RIDLEY LLP
                                           1900 O'Farrell Street, Suite 280
17                                         San Mateo, CA  94403
                                           Telephone:  (650) 365-7715
18
                                           Attorneys for Defendant
19                                         EATON CORPORATION, INDIVIDUALLY AND
                                           AS SII TO CUTLER-HAMMER INC.
20

21

22                                         **ORDER**

23          Based upon the Stipulation between Plaintiffs and Eaton, by and through their counsel of

24  record and this Court's inherent authority to make order necessary to facilitate the efficient

25  ///

26                                         3

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

administration of justice, it is hereby ORDERED that Eaton's Motion for Summary Judgment and, in the Alternative, Motion for Summary Adjudication be continued to September 25, 2020 at 10:00 am.   Moreover, on the court's own motion, the Final Pretrial Conference set for October 16, 2020 and current trial date of November 30, 2020 are VACATED.

This order resolves ECF No. 97.

Dated:   July 23, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE

HOWARD ROME MARTIN & RIDLEY LLP
1900 O' FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

4